UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| HALEY HERNANDEZ | | PLAINTIFF |
| VS. | CASE NO. 4:21-cv-0027 LPR/JTR | |
| SALINE COUNTY DETENTION CENTER | | DEFENDANT |

ORDER

On January 8, 2021 a Complaint was filed in the above-referenced case and assigned to Judges Rudofsky and Ray. (*Doc. 1*). After further review, it has been determined the Complaint was filed in error, as it should have been filed as an Amended Complaint in case number 4:20-cv-1312 BRW/BD.

The Clerk is directed to close case number 4:21-cv-0027 LPR/JTR, and to docket the Complaint filed in that case, in case number 4:20-cv-1312 BRW/BD as an Amended Complaint.

IT IS SO ORDERED this 14th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE